UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARDALAAN ADAMS,<br>Defendants. | Case Nos.: 20cr2980-WQH, 20cr3915-WQH, 21cr0800-WQH<br><br>Order continue sentencing hearings |

Good cause appearing in the parties' joint motions (20cr2980 ECF No. 49), (20cr3915 ECF No. 23), (21cr800 ECF No. 19) are granted and the Court continues the sentencing hearings in these matters from May 23, 2022. to December 12, 2022, at 9:00 a.m.

The Court excludes time under the Speedy Trial Act through December 12, 2022, because it is considering the plea agreements, and because it finds the ends of justice served by continuing their sentencings outweigh the best interest of the public and the defendants in a speedy trial.

Dated: April 4, 2022

William Q. Hayes
Hon. William Q. Hayes
United States District Court